JOSEPH BURSTINER ET AL., APPELLANTS, v. THE CITY OF EAST ORANGE ET AL., RESPONDENTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 280.

For the appellants, *Aaron Marder.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.